**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Geneva T. Gass

Debtor

13

Bky No. 19-10031-ELF

**ORDER**

    **AND NOW,** this  21st  day of  August , 2019, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

    **ORDERED** that counsel fees in the amount $4,000.00 are **ALLOWED** and that the remaining balance of $2,865.00 may be paid by the trustee to the extent provided in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**